# EXHIBIT "A"



Search                                                                                      Home    Create

## 📅 Events

Events
Calendar    1
Birthdays
Discover
Hosting     1

**Create Event**



**FEB**
**28**   French Maid End Of The Month Party @ Rachel's Casselberry

Public · Hosted by **Rachels North**

Interested    Going

Saturday, February 28, 2015 at 6 PM – 2 AM
More than a year ago

Rachels North                                                      Show Map
401 E Semoran Blvd, Casselberry, Florida 32707

About                                Discussion

**11 Went · 5 Interested**
Share this event with your friends

### Details

Introducing our NEW
END OF THE MONTH THEMED PARTIES!
That's right, the LAST SATURDAY of every month!
Bottle specials & shot specials!
Happy Hour Specials 11:30am-9pm
--$2 Doms $3 Wells $4 Imports $5 Bombs & Premiums
50% 0ff Apps--
$75 Bottles Of Champagne
$5 Shots
This months theme: #frenchmaid
#moretocome

#rachels #coolplacestogo #rachelscasselberry #party #yelp
#entertainment #nightlife #fun #nightclub #bar #lounge #theme

See More

### Recent Post

 **Rachels North** — Introducing our NEWEND OF THE MONTH THEMED PARTIES!That's right, the LAST SATURDAY of every month!Bottle specials & shot specials! Happy Hour Specials…
February 16, 2015

See All Posts

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018



__angelllica__

19 likes

__angelllica__ What's your fantasy? @rachelsnorth tonight it's #FANTASY night , great #bottle specials , #drink & #beer specials #pregame for the weekend over here #rachelscasselberry @rachelsnorth #turnup #pregame #badbitches #letsparty #orlando #casselberry #winterpark

__angelllica__ @downtown_orlando Love your profile 

downtown_orlando thanks

Log in to like or comment

