EXHIBIT "C"



Search

Home    Create

🗓 **Events**

Events
Calendar    1
Birthdays
Discover
Hosting    1

Create Event



**SEP 26**

**Superhero Party**
Public · Hosted by **Rachels North**

Interested    Going

Saturday, September 26, 2015 at 7 PM
More than a year ago

Rachels North
401 E Semoran Blvd, Casselberry, Florida 32707    Show Map

About    Discussion

**21 Went · 13 Interested**
Share this event with your friends

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018

**Details**

Join us for or end of the month theme party September 26th. This month is a superhero theme. Come see all your favorite Rachels North girls dressed as one of your favorite superheros. We will have $5 Deep Eddy drinks until 11 and shot specials all night. We will have body painters on hand starting at 7pm.

**Recent Posts**

 **Brittney Hooks** — **Hannah Horan** better get you a super hero outfit
September 16, 2015

 **Sam Tucker** — Come out fun times to be had by all
September 16, 2015

See All Posts

**About the Venue**

Rachels North
Steakhouse · 3,646 likes