**EXHIBIT "D"**

https://www.facebook.com/RachelsCasselberryN/photos/a.573661536016162.1073741828.526287907420192/759572557425058/?type=3&theater





**Rachels North**
Like This Page · December 10, 2014

2

Like   Comment   Share

Write a comment...

Search                                                                    Home    Create

# 📅 Events

Events
Calendar                    1
Birthdays
Discover
Hosting                     1

Create Event



**DEC**
**23**   Ms. Clause Bikini Contest @ Rachel's Casselberry
Public · Hosted by **Rachels North**

Interested    Going

Tuesday, December 23, 2014 at 7 PM
More than a year ago

Rachels North                                            Show Map
401 E Semoran Blvd, Casselberry, Florida 32707

About                                      Discussion

**21 Went · 1 Interested**
Share this event with your friends

### Details

Rachel's Casselberry & Premature Millionaire Presents:

Ms. Clause Bikini Contest Tuesday December 23rd:
Hosted By Jayceon

Guest Judges:
DJ Nasty, Princess Valentino, DJ Irene Pardo

1st Place - $500
2nd Place - $300
3rd Place - $200

TO ENTER INTO THE CONTEST-- 321-946-8911
Or Email -- prematuremillionairels@gmail.com

See Less

### Recent Post

 **Cocepcion Santiago** — Come thru
December 23, 2014

See All Posts

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2018






Rachels North ▸ St. Patrick's Day/Night Party $5 Jameson, Guinness, Irish Car Bombs
Like This Page · 2 March 2015

Like  Comment  Share

Write a comment...

Search     Home    Create

## 📅 Events

Events
Calendar   1
Birthdays
Discover
Hosting   1

Create Event



**MAR 17** St. Patrick's Day/Night Party $5 Jameson,Guinness,Irish Car Bombs
Public · Hosted by **Rachels North**

Interested   Going

Mar 17, 2015 at 11:30 AM – Mar 18, 2015 at 2 AM
More than a year ago

Rachels North
401 E Semoran Blvd, Casselberry, Florida 32707    Show Map

**About**    Discussion

**10 Went · 0 Interested**
Share this event with your friends

### Details

Join Us Tuesday March 17th Starting At 11:30am For Our
St. Patty's Day/Night Party Here **Rachels Casselberry**
$5 #irishcarbombs
$5 #Guinness
$5 #Jameson
Specialty Green Drinks Day&Night!

Come Party With Us ;)

### Recent Post

 **Caitlin Michelle** — Nothing like inviting to st Patty's day massacre lmao
March 11, 2015

See All Posts

### About the Venue

**Rachels North**
Steakhouse · 3,646 likes

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018