# EXHIBIT "E"





**Rachels North**
Like This Page · December 10, 2014

2

Like    Comment    Share

Write a comment...

Search    Home    Create

### 📅 Events

- Events
- Calendar [1]
- Birthdays
- Discover
- Hosting [1]

**Create Event**



**DEC 23**

### Ms. Clause Bikini Contest @ Rachel's Casselberry

Public · Hosted by **Rachels North**

Interested    Going

Tuesday, December 23, 2014 at 7 PM
More than a year ago

**Rachels North**
401 E Semoran Blvd, Casselberry, Florida 32707

Show Map

---

About      Discussion

---

**21 Went · 1 Interested**
Share this event with your friends

### Details

Rachel's Casselberry & Premature Millionaire Presents:

Ms. Clause Bikini Contest Tuesday December 23rd:
Hosted By Jayceon

Guest Judges:
DJ Nasty, Princess Valentino, DJ Irene Pardo

1st Place - $500
2nd Place - $300
3rd Place - $200

TO ENTER INTO THE CONTEST-- 321-946-8911
Or Email -- prematuremillionairels@gmail.com

See Less

### Recent Post

 **Cocepcion Santiago** — Come thru
December 23, 2014

See All Posts

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018



rachelsnorth

rachelsnorth Tonight! #bikinicontest #contest #cashprize #holidays #christmas #msclause #rachels #rachelscasselberry #party #nightlife #fun #foodanddrink #entertainment #belaire #coolplacestogo

rachelsnorth @djnasty
annjenn219 Yay!!

23 likes
75w

Log in to like or comment.

