**EXHIBIT "F"**





**conscious_kelss** • Follow

**conscious_kelss** This is where I'll be tonight! 🍾 Great specials & sexy women! Don't miss out! #rachelscasselberry bezzbelieve #turnup 

11 likes

DECEMBER 31, 2014

Add a comment...



Rachels North ▼ $25 ALL YOU CAN DRINK UPSTAIRS VIP | GAME 5 @ RACHEL'S
Like This Page · 12 June 2015

