**EXHIBIT "G"**

