**EXHIBIT "H"**

