# EXHIBIT "I"

https://www.facebook.com/RachelsNorth/photos/gm.831262343608744/850038756378437/?type=3&theater



**Rachels North** LUAU PARTY | PIG
ROAST | $25 BUFFET @ RACHEL'S |
SAT JUNE 27TH

Like This Page · June 16, 2015 ·

Like          Comment          Share

Write a comment...

Search

Home   Create

🗓 **Events**

Events

Calendar   1

Birthdays

Discover

Hosting   1

Create Event



**JUN**
**27**

### LUAU PARTY | PIG ROAST | $25 BUFFET@ RACHEL'S | SAT JUNE 27TH

Public · Hosted by Rachels North

| Interested | Going |

Jun 27, 2015 at 11:30 AM – Jun 28, 2015 at 2 AM
More than a year ago

Rachels North
401 E Semoran Blvd, Casselberry, Florida 32707

Show Map

About      Discussion

**14 Went · 2 Interested**
Share this event with your friends

English (US) · Español · Português (Brasil)
· Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · ·
Cookies · More
Facebook © 2018

**Details**

\*\*\* $25 ALL YOU CAN EAT ISLAND STYLE BUFFET \*\*\*
Let's get our luau on! Get on your Hawaiian gear and head on over to Rachel's North for our pig roast and luau extravaganza Saturday June 27th!

Lots of beautiful ladies dressed in grass skirts and coconut bikinis. Delicious food & drink specials all night!

-- BUFFET MENU FOR ONLY $25 PER PERSON! --
- Kawa Pua'a (roasted pork)
- Teriyaki Beef
- Huli Huli Chicken
- Poke
- Egg Rolls
- Assorted Fruits
- Cucumber Salad
- Coconut Mango Rice
- Island Style Fried Rice
- Potato Salad
- Banana Pineapple Upside Down Cake

For reservations & more info:

http://www.rachelsnorth.com/#!reservations/c23wr

or call 407.767.2977

Search      Home    Create

## 📅 Events

Events

Calendar    1

Birthdays

Discover

Hosting    1

Create Event

### Recent Posts



**Chris Nyles Goldthwaite** — This Saturday!
June 25, 2015

**Ray Williams** — We got the Pig in the ground beer on ice...Good Times im in!!!!
June 25, 2015

**Kristina Rutigliano** — Hell yeah! You all be ready for a good time!!!!
June 25, 2015

See All Posts

### About the Venue



Rachels North
Steakhouse · 3,647 likes

Go to Page

### More Events at Rachels North

OCT 1   Weekly AYCE Lunch Buffet   Mon 12 PM   Interested

OCT 2   Weekly AYCE Lunch Buffet   Tue 12 PM   Interested

OCT 3   Weekly AYCE Lunch Buffet   Wed 12 PM   Interested

See All Events



7 posts in the discussion.

See Discussion

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2018