# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; et al <br><br>*Plaintiff(s)* <br><br> v. <br><br> FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY <br><br> *Defendant(s)* | Civil Action No. 0:18-CV-1779-ORL-31-KRS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY
c/o Lawrence Walters, Registered Agent
195 West Pine Avenue
Longwood, Florida 32750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
THE CASAS LAW FIRM, P.C.
Brickell Bayview Center
80 S. W. 8th Street, Suite 2000
Miami, FL 33130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10-23-18

*Signature of Clerk or Deputy Clerk*