IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; and CLAUDIA SAMPEDRO,<br><br>Plaintiffs,<br><br>- against -<br><br>FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY,<br><br>Defendant. | Case No. 6:18-cv-1779-Orl-31KRS |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and the Court's Interested Persons Order [ECF No. 4], Plaintiffs, TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; and CLAUDIA SAMPEDRO (collectively, "Plaintiffs"), by and through the undersigned counsel, hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firms, law firm, partnerships, and corporation that has or may have an interest in the outcome of action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stocks, and all other identifiable legal entities related to any party in the case:

- None known.

2.) the name of every other entity whose publicly-traded stock, equity or debt may be

substantially affected by the outcome of the proceedings:

- None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None known.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- TIFFANY TOTH GRAY
- ALYSSA NOBRIGA
- CARISSA ROSARIO
- HEATHER RAE YOUNG
- KIMBERLY COZZENS
- LINA POSADA
- JAIME EDMONDSON LONGORIA
- LUCY PINDER and
- CLAUDIA SAMPEDRO

Dated: November 1, 2018.

Respectfully submitted,

THE CASAS LAW FIRM, P.C.

By: */s/ Ludmila Khomiak*
Ludmila Khomiak, Esq.
Florida Bar No.: 91757
mila@casaslawfirm.com
Brickell Bayview Center
80 S. W. 8th St., Suite 2000
Miami, FL 33130
Phone: (786) 671-3244
Fax: (786) 671-3243
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2018, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY
c/o Lawrence Walters, Registered Agent
195 West Pine Avenue
Longwood, Florida 32750

*/s/ Ludmila Khomiak*
Ludmila Khomiak, Esq.
Florida Bar No.: 91757