**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; and CLAUDIA SAMPEDRO,<br><br>                    Plaintiffs,<br><br>- against -<br><br>FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY,<br><br>                    Defendant. | Case No. 6:18-cv-1779-Orl-31KRS |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__**X**__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: November 1, 2018.

                                        Respectfully submitted,

                                        By: */s/ Ludmila Khomiak*
                                        Ludmila Khomiak, Esq.

Florida Bar No.: 91757
mila@casaslawfirm.com
THE CASAS LAW FIRM, P.C.
80 S. W. 8th St., Suite 2000
Miami, FL 33130
Phone: (786) 671-3244
Fax: (786) 671-3243
*Attorney for Plaintiffs*