

f#:FLORIDA BEVERAGE CORPORATION

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

PLAINTIFF: TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; AND CLAUDIA SAMPEDRO; et seq.

vs.

DEFENDANT: FLORIDA BEVERAGE CORPORATION D/B/A RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE D/B/A RACHEL'S NORTH D/B/A RACHEL'S CASSELBERRY, ET AL,

DEFENDANT TO BE SERVED: FLORIDA BEVERAGE CORPORATION D/B/A RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE D/B/A RACHEL'S NORTH D/B/A RACHEL'S CASSELBERRY

CASE NO: 6:18-OV-1779-ORL-31-KRS
DIVISION:

TYPE OF PROCESS: SUMMONS & COMPLAINT

I received this process on the 10/30/2018 at 4:42 PM

I (x) served ( ) not served the within named defendant.
ON DATE/TIME: 10/31/2018 11:20:00 AM

AT ADDRESS WHERE SERVED (OR ATTEMPTED): C/O LAWRENCE WALTERS, REGISTERED AGENT
195 WEST PINE AVENUE
LONGWOOD, FL 32750

(x) CORPORATE, LLC, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE: By delivering a true copy of the process with the date and hour of service endorsed by me and a copy of the complaint to: **LISA BROWN** as ADMINISTRATOR TO LAWRENCE WALTERS (R.A.) of said entity.

( ) In absence of the president, vice-president, other head of the corporation, cashier, treasurer, secretary, general manager, director, officer or business agent residing in the state as defined by F.S. 48.081.

( ) For failure of the Registered Agent to be his/her designated place for service pursuant to 48.091 and by serving the above named person as employee of said corporation at the corporation's place of business.

COMMENTS:

I hereby certify that I am over the age of 18, I am not a party to this action and have no interest in the process being served, and I am a Certified Process Server or Special Process Server in good standing in the judicial circuit/county in which the process was served, and/or am otherwise duly authorized to have served process in the jurisdiction where process was served.

"Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true." F.S. 92.525

X _____
Server Signature / Pro Vest Case id # 5336396

J.N. MEADOWS
Process Server ID / Title (if applicable):
Certified Process Server CPS # 476

Notary Not Required Pursuant to FS 92.525