**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Civil Action No. 6:18-cv-1779-ORL-31-KRS

TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; and CLAUDIA SAMPEDRO,

    Plaintiffs,
v.

FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY,

    Defendant.
_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY, and hereby serves its Unopposed Motion for Extension of Time To Respond to Plaintiffs' Complaint, as follows:

1. The undersigned's law firm was just retained in this matter to represent the Defendant, and a response to the Complaint is presently due by today, November 19, 2018.

2. The Complaint contains multiple counts seeking relief under both Florida and federal law on behalf of multiple Plaintiffs.

3. The undersigned will require additional time to analyze Plaintiffs' allegations and formulate a responsive pleading, especially in light of the upcoming Thanksgiving holiday. The

undersigned would therefore respectfully move for a two week extension up through and including December 3, 2018 within which to file a responsive pleading to Plaintiffs' Complaint.

4. Plaintiffs' counsel has expressed that they have no opposition to the relief requested in this motion.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b), this Court may, for good cause shown, expand filing deadlines. "[T]he district court has broad discretion to expand filing deadlines under Fed. R. Civ. P. 6(b)." *Jones v. Central Bank*, 161 F.3d 311, 313 n.1 (5th Cir. 1998) (citing *Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995)).

**WHEREFORE**, Defendant, FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY, respectfully requests that the Court grant this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, and enter an order providing Defendant with an extension of time up to and including December 3, 2018 by which to file its responsive pleading.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for the movant has conferred with counsel for all opposing parties and is authorized to represent that this motion is unopposed.

Dated: November 19, 2018.

Respectfully Submitted,

/s/ *Andrew S. Connell, Jr.*
Andrew S. Connell, Jr., Esquire
Florida Bar No.: 038430
Litchfield Cavo, LLP
600 Corporate Drive Suite 600

Ft. Lauderdale, FL 33334<br>
954/689-3000 | Fax: 954/689-3001<br>
Connell@litchfieldcavo.com<br>
Deatley@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 19th day of November, 2018, we electronically filed the foregoing with the Clerk of the Courts using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Andrew S. Connell, Jr.*
Andrew S. Connell, Jr.

## **SERVICE LIST**

Ludmila Khomiak, Esq.
**THE CASAS LAW FIRM, P.C.**
mila@casaslawfirm.com
Brickell Bayview Center
80 S. W. 8th Street, Suite 2000
Miami, FL 33130
Phone: (786) 671-3244
Fax: (786) 671-3243
*Attorney for Plaintiffs*