**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

Civil Action No. 6:18-cv-1779-ORL-31-KRS

TIFFANY TOTH GRAY; ALYSSA NOBRIGA; CARISSA ROSARIO; HEATHER RAE YOUNG; KIMBERLY COZZENS; LINA POSADA; JAIME EDMONDSON LONGORIA; LUCY PINDER; and CLAUDIA SAMPEDRO,

    Plaintiffs,

v.

FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY,

    Defendant.
_____/

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Andrew S. Connell, Jr., Esq., of Litchfield Cavo LLP, hereby enters his appearance as counsel for Defendant, FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S NORTH MEN'S CLUB AND STEAKHOUSE d/b/a RACHEL'S NORTH d/b/a RACHEL'S CASSELBERRY, and requests that copies of all pleadings, orders and other papers be served on the undersigned at the address noted below and/or via the ECF filing system.

Dated: November 19, 2018

                                                            Respectfully Submitted,

                                                            /s/ *Andrew S. Connell, Jr.*
                                                            Andrew S. Connell, Jr., Esquire
                                                            Florida Bar No.: 038430
                                                            Litchfield Cavo, LLP
                                                            600 Corporate Drive Suite 600

Ft. Lauderdale, FL 33334
954/689-3000 | Fax: 954/689-3001
Connell@litchfieldcavo.com
Deatley@litchfieldcavo.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 19th day of November, 2018, we electronically filed the foregoing with the Clerk of the Courts using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Andrew S. Connell, Jr.*
Andrew S. Connell, Jr.

## SERVICE LIST

Ludmila Khomiak, Esq.
**THE CASAS LAW FIRM, P.C.**
mila@casaslawfirm.com
Brickell Bayview Center
80 S. W. 8th Street, Suite 2000
Miami, FL 33130
Phone: (786) 671-3244
Fax: (786) 671-3243
*Attorney for Plaintiffs*